# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

May 26, 2010

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

          Re:    Joan M. Bradt
                  BK NO. 99-15314B

Dear Sir or Madam:

     I have stopped payment on the following dividend check issued in the above-captioned case:

     Claim No. 4 - Check No. 109 dated February 16, 2010 made payable to Eye health Associates of W.N.Y., 170 Maple Road, Williamsville, New York, 14221 for $9.66.

     Dividend check mailed to record address - check remains uncashed.

     I am herewith enclosing my Trustee check payable to the Clerk of the U.S. Bankruptcy Court for the sum of $9.66 representing the check specified hereinabove.

     Should you have any questions, please contact the undersigned.

                            Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn
Enclosure



FILED
MAY 26 2010
BANKRUPTCY COURT
BUFFALO, N.Y.